| Case No. | ED CV 11-648-SJO (SP) | Date | June 13, 2011 |
|---|---|---|---|
| Title | Willie Marshall Fant v. Deputy Morin, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

None Appearing  None Appearing

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

     On April 26, 2011, Plaintiff Willie Marshall Fant, a California prisoner proceeding pro se, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 6, 2011, the Court granted Plaintiff's request to proceed without prepayment of filing fee and ordered the complaint filed. On May 12, 2011, the Court issued a minute order, advising Plaintiff of various case requirements (docket no. 5). In that minute order, the Court also instructed Plaintiff that he "must notify the court . . . of any change of address and the effective date. If plaintiff fails to keep the court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6." The minute order further warned Plaintiff that, under Local Rule 41-6, if mail sent by the court clerk to "plaintiff's address of record is returned undeliverable by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

     It appears that Plaintiff has failed to follow the Court's order to immediately notify the Court of a change of address. In May 2011, the Court mailed orders to Plaintiff at his address of record, his place of state incarceration in Riverside. These mailings were returned to the Court in late May 2011 as undeliverable mail, with an indication that Plaintiff has been released from custody. Plaintiff's failure to comply with the Court's Order, and failure to comply with Local Rule 41-6, renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-648-SJO (SP) | Date | June 13, 2011 |
|---|---|---|---|
| Title | Willie Marshall Fant v. Deputy Morin, et al. | | |

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **June 27, 2011**, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the Court as consent to the dismissal of this action without prejudice.