| | |
|---|---|
| WILLIE FANT<br>FULL NAME<br>WILLIE FANT<br>COMMITTED NAME (if different)<br>C.R.C (106-21 LOW)<br>FULL ADDRESS INCLUDING NAME OF INSTITUTION<br>P.O.BOX 3535, NORCO, CA, 92860<br>#T-71768<br>PRISON NUMBER (if applicable) |  |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MARSHALL FANT<br><br>PLAINTIFF,<br>v.<br>DEPUTIES: MORIN, CIRILO, GRIER, HUZINGA<br><br>DEFENDANT(S). | CASE NUMBER<br>ED CV-11-648(SJO)SP<br>*To be supplied by the Clerk*<br>"SECOND AMENDED COMPLAINT"<br><br>**CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** *(Check one)*<br>☐ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)



a.  Parties to this previous lawsuit:
    Plaintiff _____

    _____

    Defendants _____

    _____

b.  Court _____

    _____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f.  Issues raised: _____

    _____

    _____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☑ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed?  ☑ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __WILLIE FANT__
(print plaintiff's name)

who presently resides at __C.R.C. (106-21 LOW), P.O. BOX 3535, NORCO, CA. 92860__,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__SOUTHWEST DETENTION CENTER / MURRIETA__
(institution/city where violation occurred)

on (date or dates) __10/15/10__ , _____ , _____ .
                   (Claim I)          (Claim II)          (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __DEPUTY MS. MORIN__ resides or works at
   (full name of first defendant)
   __30755-B- AULD RD., MURRIETA, CA. 92563__
   (full address of first defendant)
   __SHERIFF DEPUTY__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __DEPUTY UNLAWFULLY, MALICIOUSLY, SADISTICALLY AND WITH DELIBERATE INDIFFERENCE VIOLATING PLAINTIFF'S FOURTEENTH AMENDMENT AND THE DUE PROCESS CLAUSE.__

2. Defendant __DEPUTY HUZINGA__ resides or works at
   (full name of first defendant)
   __30755-B- AULD RD., MURRIETA, CA. 92563__
   (full address of first defendant)
   __SHERIFF DEPUTY__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __DEPUTY UNLAWFULLY, MALICIOUSLY, SADISTICALLY AND WITH DELIBERATE INDIFFERENCE VIOLATING PLAINTIFF'S FOURTEENTH AMENDMENT AND THE DUE PROCESS CLAUSE.__

3. Defendant __DEPUTY CIRILO__ resides or works at
   (full name of first defendant)
   __30755-B- AULD RD., MURRIETA, CA. 92563__
   (full address of first defendant)
   __SHERIFF DEPUTY__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __DEPUTY UNLAWFULLY, MALICIOUSLY, SADISTICALLY AND WITH DELIBERATE INDIFFERENCE VIOLATING PLAINTIFF'S FOURTEENTH AMENDMENT AND THE DUE PROCESS CLAUSE.__

4. Defendant __DEPUTY GRIER_____ resides or works at
   (full name of first defendant)
   __30755 - B - AULD RD., MURRIETA, CA. 92563__
   (full address of first defendant)
   __SHERIFF DEPUTY_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __DEPUTY UNLAWFULLY, MALICIOUSLY, SADISTICALLY AND WITH DELIBERATE INDIFFERENCE__
   __VIOLATING PLAINTIFF's FOURTEENTH AMENDMENT AND THE DUE PROCESS CLAUSE.__

5. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

D. CLAIMS*

CLAIM I

The following civil right has been violated:

THIS IS A CIVIL RIGHTS ACTION FILED BY WILLIE MARSHALL FANT A PRETRIAL DETAINEE ON 10/15/10 IN CUSTODY OF THE RIVERSIDE COUNTY SHERIFF'S DEPARTMENT CLAIMING FOR DAMAGES BROUGHT UNDER 42 U.S.C § 1983 AGAINST JAIL DEPUTIES USING EXCESSIVE FORCE VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS ~ THE FOURTEENTH AMENDMENT AND THE DUE PROCESS CLAUSE. THESE VIOLATIONS DID NOT ADVANCE A LEGITIMATE PENOLOGICAL OBJECTIVE.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(1) ON 10/15/10 DEFENDANT DEPUTY MORIN ESCORTED PLAINTIFF FROM A MEDICAL VISIT AND FORCEFULLY PUSHED PLAINTIFF IN THE BACK IN THE HOUSING CELL. DEFENDANT MORIN ATTEMPTED TO CLOSE HOLDING CELL DOOR, BUT WAS UNSUCCESSFUL BECAUSE PLAINTIFF'S FOOT WAS STILL IN THE DOOR WAY AND SMASHED. PLAINTIFF TOLD MORIN TO KEEP HER HANDS TO HERSELF. DEPUTY MORIN RESPONDED WITH PROFANE RETORT "FUCK YOU!" AND WALKED AWAY.

(2) 10 MINUTES LATER, DEPUTY MORIN RETURNED TO THE HOLDING CELL, ACCOMPANIED BY GRIER, AND CIRILO. THE DEPUTIES ESCORTED THE PLAINTIFF TOWARDS HIS HOUSING UNIT (E). PRIOR TO REACHING UNIT (E) PLAINTIFF WAS PUSHED (FOR THE SECOND TIME) WITH 2 HANDS BY DEF. MORIN VIOLENTLY CAUSING PLAINTIFF TO STUMBLE. BEFORE PLAINTIFF COULD REGAIN HIS BALANCE GRIER, CIRILO, AND MORIN ALL TOOK PLAINTIFF TO THE GROUND. WHILE HANDCUFFED TO THE BACK, PLAINTIFF WAS ASSAULTED BY MORIN, AND REPEATEDLY ASSAULTED BY GRIER AND CIRILO. DURING THE COURSE OF THE ASSAULT PLAINTIFF TOOK NUMEROUS CLOSED FISTS AND KNEE BLOWS TO HIS HEAD, FACE, AND BODY BY DEPUTIES MORIN, CIRILO, GRIER, AND HUZINGA. THIS ACT OF VIOLENCE WAS

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

1  WITNESSED ON VIDEO CAMERA AND AT LEAST 2 PRETRIAL DETAINEES (1) REGINALD
2  COLES AND (2) TRAMS WHO WATCHED THE INCIDENT FROM (B) RECREATION.
3
4  (3) AFTER THE ASSAULT THE PLAINTIFF WAS RETURNED TO A HOLDING CELL BY DEF.
5  MORIN AND DEPUTY MARTIN. DEPUTY GARCIA CAME TO THE CELL AND PHOTOGRAPHED
6  PLAINTIFF'S KNOTS, BRUISING, AND EVIDENT INJURY THAT COULD BE SEEN IN
7  PHOTOS TAKEN ON 10/15/10.
8
9  (4) PLAINTIFF WAS VISITED BY HIS MOTHER (ARLENE WINSTON) AND SISTER (CAROLYN
10 WINSTON) WHO NOTICED FACE 10/17/10.
11
12 (5) 10/21/10 PLAINTIFF STARTED RECEIVING PAIN MEDICATION FOR HIS BACK AND
13 HEAD INJURIES.
14
15 (6) ON 10/22/10 PLAINTIFF FILED A STAFF COMPLAINT PURSUANT TO PENAL CODE
16 § 832.5 WHICH WAS HEARD BY SGT. KRACHMER WHO STATED THAT HE WAS
17 INVESTIGATING THE MATTER, THAT HE VIEWED VIDEO AND SAW MORIN PUSH FANT
18 UNNECESSARILY. SGT. INQUIRED ABOUT THE EXCHANGE OF WORDS AND AGREED THAT
19 MORIN OVERREACTED. 10/24/10 PLAINTIFF SUBMITTED A 2ND GRIEVANCE TO ENSURE
20 HIS COMPLAINT WAS BEING HANDLED AT THE HIGHEST LEVEL.
21
22 (7) ABOUT 2 WEEKS LATER (AFTER INCIDENT) FANT WAS TAKEN TO ISOLATION (E. POD) ON
23 MARKER FOR FIGHTING STANCE - WHICH DIDN'T HAPPEN. WHILE IN "ISO" FANT WAS GIVEN
24 A FOOD TRAY WITH A SMILEY FACE AND FANT'S ATTY. WAS DENIED ACCESS TO HIM - FANT
25 WAS ISOLATED 10/28/10 - 11/3/10
26
27 (8) 11/20/10 LT. ELLSWORTH SAW FANT AND TOLD PLAINTIFF THAT INVESTIGATORS SPOKE TO
28 REGINALD COLES AND HE ASSURED PLAINTIFF ISSUE WAS BEING INVESTIGATED ON BOTH ENDS.

1  (9) ON 11/26/10 DEF. MORIN WENT INTO PLAINTIFF'S CELL (WHILE HE WAS INSIDE)
2  AND CONDUCTED A LIMITED RETALIATORY SEARCH, ASKED TO VIEW THE PLAINTIFF'S
3  PROPERTY ONLY AND TOOK POSSESSION OF MEDICATION FOR PAIN WITHOUT CAUSE.
4
5  (10) 1/14/10 SGT. MOROVICH TOLD PLAINTIFF THAT HIS GRIEVANCE HAD BEEN TO THE
6  FINAL LEVELS AND STILL BEING INVESTIGATED ON THE PLAINTIFF'S END BUT WAS
7  REJECTED ON DEFENDANT'S END. MOROVICH STATED THAT HE'D SEEN FOOTAGE
8  OF PLAINTIFF BEING ESCORTED IN THE HALL NEAR (B) REC. AND SAW MORIN BEHIND
9  FANT WITH HER ARM EXTENDED TOWARD FANT'S BACK. MOROVICH ASKED FANT ABOUT
10 THE LOCATION OF THE ASSAULT. FANT LED THEM THROUGH THE INCIDENT.
11
12 (11) 1/30/11 PLAINTIFF SENT LETTERS OUT TO FAC. JAIL COMMANDER AND
13 LT. ELLSWORTH REQUESTING A COPY OF COMPLETED INVESTIGATION REPORT.
14
15 (12) 2/18/11 ELLSWORTH RESPONDED THAT IT WOULD BE COMPLETED A.S.A.P.
16
17 (13) THE PLAINTIFF RECEIVED A LETTER FROM SHERIFF STAN SNIFF STATING THAT
18 AN INVESTIGATION WAS COMPLETED IN RESPONSE TO PLAINTIFF'S COMPLAINT AND
19 ALLEGATIONS WEREN'T SUSTAINED. LETTER STATED THAT THE REPORT WAS
20 "CONFIDENTIAL" AND MAY BE RELEASED ONLY THROUGH DISCOVERY IN COURT.
21
22 I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
23 CORRECT PURSUANT TO 28 U.S.C.A. § 1746(2)).
24
25 EXECUTED ON: NOV. 8, 2011                              *Willie Fant*
26                                                         DECLARANT
27
28

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

PRAYER FOR RELIEF

PLAINTIFF WILLIE FANT PRAYS FOR THE FOLLOWING RELIEF:

(1) AWARD COMPENSATORY DAMAGES AND PUNITIVE DAMAGES AGAINST DEFENDANTS MORIN, CIRILO, GRIER, AND HUZINGA IN THE AMOUNT OF $200,000 PER DEFENDANT FOR THE VIOLATION OF PLAINTIFF'S FOURTEENTH AMENDMENT AND THE DUE PROCESS CLAUSE.

(2) COST OF SUIT; AND

(3) ALL ADDITIONAL RELIEF TO WHICH THE PLAINTIFF IS ENTITLED.

DEMAND FOR JURY TRIAL

PLAINTIFF FANT HEREBY DEMANDS A TRIAL BY JURY.

11-8-11
(Date)

*Willie Fant*
(Signature of Plaintiff)